IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LAWANDA WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | Case No. 06 C 1243 |
| ) | |
| v. ) | Magistrate Judge |
| ) | Martin C. Ashman |
| CITY OF CHICAGO, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION AND ORDER

In this matter, plaintiff Lawanda Williams ("Williams") seeks the production of certain complaint register files from defendant City of Chicago. This matter was referred to this Court by Judge Kocoras pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1. Judge Kocoras's referral came on the heels of an order in which Judge Kocoras directed the City to produce the complaint register files to this Court for *in camera* review.

### I. Standards

The primary issue in the production of these documents is whether the various complaint register files are relevant to Williams's claim. Federal Rule of Civil Procedure 26(b)(1) states that "[p]arties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party . . . . Relevant information need not be admissible at trial if the discovery appears reasonably calculated to lead to the discovery of admissible evidence." Fed. R. Civ. P. 26(b)(1). The relevance standard that governs discovery, as laid out in Rule 26, is very broad and is broader than the relevance standard that pertains to trial and admissibility

issues. *See Oppenheimer Fund v. Sanders*, 437 U.S. 340, 350, (1978) ("relevance [in discovery] has been construed broadly to encompass any matter that bears on, or that reasonably could lead to other matter that could bear on, any issue that is or may be in the case."). "For discovery purposes, relevance is broadly construed." *American Hardware Mfrs. Ass'n v. Reed Elsevier Inc.*, 03 C 9421, 2007 WL 1610455, at *3 (N.D. Ill. Feb. 13, 2007) (citing *Behnia v. Shapiro*, 176 F.R.D. 277, 280 (N.D. Ill. 1997)). Furthermore, information is relevant if it makes an issue in the case more or less likely, or if it speaks to the credibility of any witnesses. *See Medical Waste Techs., LLC v. Alexian Bros. Med. Ctr.*, 97 C 3805, at *4 (N.D. Ill. June 24, 1998) ("Although documents 16-29 relate to business dealings with Italian entities, they are relevant to show the credibility of MWT in similar transactions."). It is under this standard that the Court considers the documents produced *in camera* pursuant to Judge Kocoras's order. Defendants have made no claims of privilege as to any of the documents; therefore, the only issue before the Court is that of discovery relevance.

## II. **Rulings**

After carefully considering each document in light of the issues that are likely to arise at trial, and in light of the discovery standard discussed above, the Court makes the following determinations:

**Relevant**

CR # 273062

CR # 276573 (relevant as to Officer Thomas Young; references to other officers may be redacted)

CR # 283176 (relevant as to Lt. Robert Stasch; references to other officers may be redacted)

CR # 292190

CR # 293340

CR # 294350

CR # 297672

CR # 302276

CR # 304620

CR # 306609

CR # 308514

CR # 309186

CR # 141303

CR # 151644

CR # 153762

CR # 156923

CR # 178783

CR # 192414

CR # 222348

CR # 231862

CR # 229859

CR # 230863

CR # 224498

CR # 229142

**Not Relevant**

CR # 227580

CR # 223744

CR # 268891

CR # 263447

CR # 263298

CR # 259799

CR # 256984

CR # 249554

CR # 242848

CR # 241885

CR # 238284

CR # 236583

CR # 223658

CR # 171875

CR # 309960

CR # 306595

CR # 305467

CR # 303662

CR # 295172

CR # 294316

CR # 293982

CR # 292152

CR # 291978

CR # 284320

CR # 283064.

### III. Conclusion

For the reasons discussed above, the Court grants in part and denies in part Williams's Motion to Compel. The complaint register files tendered to the Court for *in camera* inspection will be returned to the City of Chicago, and the City of Chicago will produce those files that the Court has determined to be relevant to Williams.

**ENTER ORDER:**

MARTIN C. ASHMAN
United States Magistrate Judge

Dated: September 12, 2007.

Copies have been mailed to:

| | |
|---|---|
| ELLIOT RICHARDSON, Esq. | TIFFANY Y. HARRIS, Esq. |
| RACHELLE M. SORG, Esq. | ALEC M. McAUSLAND, Esq. |
| SEAN M. BAKER, Esq. | Assistant Corporation Counsels |
| Elliot Richardson & Associates, L.L.C. | City of Chicago, Law Department |
| 20 South Clark Street | 30 North LaSalle Street |
| Suite 500 | Suite 1400 |
| Chicago, IL 60603 | Chicago, IL 60602 |
| Attorneys for Plaintiff | Attorneys for Defendants |